UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RHONDA GARNER d/b/a Decor Specialties,
on behalf of herself and all others similarly situated,

                Plaintiffs,           Civil No. 07-5607

  v.

                                                                **NOTICE OF**
MBF Leasing, LLC, Lina Kravic, Brian Fitzgerald,    **APPEARANCE**
Sam Buono, and William Healey

                Defendants.
-----------------------------------------------------------------X

Notice is hereby given of the appearance of the undersigned as counsel for RHONDA GARNER, in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

        Locks Law Firm, PLLC
        Seth R. Lesser, Esq.
        110 East 55th Street
        12th Floor
        New York, NY 10022
        Tel: (212) 838-3333
        Fax: (212) 838-3735

Dated: New York, New York
       June 18, 2007

        Respectfully submitted,

        **LOCKS LAW FIRM PLLC**

        By: _Seth Lesser_
             Seth R. Lesser