**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Rhonda Garner d/b/a Décor Specialties, on behalf
of herself and all others similarly situated,

        Plaintiffs,

- against -

MBF Leasing, LLC, Lina Kravic, Brian Fitzgerald,
Sam Buono, and William Healy,

        Defendants.
----------------------------------------X

Index No.: 07 CV 5607
ECF CASE
Judge William C. Conner

STIPULATION

    IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for plaintiffs and for defendant MBF Leasing, LLC ("MBF"), that the time for MBF to answer, move or otherwise respond to plaintiffs' Complaint, dated June 12, 2007, shall be extended until and including **August 1, 2007**. This Stipulation may be executed in counterparts. Facsimile signatures shall be no less binding than original signatures.

Dated: July 2, 2007
       New York, New York

CHITTUR & ASSOCIATES, P.C.
Attorneys for Plaintiffs

By: *Krishnan Chittur/A.S.*
    Krishnan Chittur, Esq. (KC9258)

286 Madison Avenue Suite 1100
New York, New York 10017
(212) 370-0447 (telephone)
(212) 370-0465 (facsimile)
kchittur@chittur.com

MOSES & SINGER LLP
Attorneys for MBF Leasing, LLC

By: *[signature]*
    Jennifer Nigro, Esq. (JN3584)

405 Lexington Avenue
New York, New York 10174
(212) 554-7800 (telephone)
(212) 554-7700 (facsimile)
jnigro@mosessinger.com

SO ORDERED:

*William C. Conner*
USDJ

Dated: July 6, 2007
White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

607412v1 099992.0001

COPIES MAILED TO COUNSEL OF RECORD for MBF
+ EMAILED TO πs' COUNSEL