**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Rhonda Garner d/b/a Décor Specialties, on behalf
of herself and all others similarly situated,

                    Plaintiffs,              07 CV 5607 (WCC) (MDF)

                                      ECF CASE

      - against -

                                     ORDER FOR
MBF Leasing, LLC, Lina Kravic, Brian Fitzgerald,    ADMISSION
Sam Buono, and William Healy,                       *PRO HAC VICE*
                                     ON WRITTEN MOTION

                    Defendants.

---------------------------------------------------------------X

Upon the motion of Moses & Singer, LLP, attorneys for Defendants, and the sponsoring attorney's affidavit of Jennifer Nigro (JN 3584) in support thereof:

**IT IS HEREBY ORDERED** that:

1.       John M. Heaphy, Esq.
            Harrison & Held, LLP,
            333 West Wacker Drive
            Suite 1700
            Chicago, Illinois 60606
            Tel. 312-753-6760
            Fax 312-345-2005
            e-mail: jheaphy@HarrisonHeld.com

is admitted to practice *pro hac vice* as counsel for defendant, William Healy, in the captioned matter in the United States District Court for the Southern District of New York.

2. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

E-
COPIES MAILED TO COUNSEL OF RECORD
+ MAILED TO NEWLY ADMITTED
1    COUNSEL

3. Counsel has forwarded the *pro hac vice* fee to the Clerk of Court.

4. Let service of a copy of this Order on Chittur & Associates, P.C., 286 Madison Avenue, Suite 1100, New York, New York 10017, and Seth R. Lesser, Esq., Locks Law Firm, 100 East 55th Street New York, New York 10022, attorneys for plaintiffs, by First Class mail, on or before the 11th day of Oct., 2007, be deemed good and sufficient service.

Dated: Oct. 5, 2007
White Plains, New York

William C. Conner
U.S.D.J.