ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Rhonda Garner d/b/a Décor Specialties, on behalf
of herself and all others similarly situated,

                07 CV 5607 (WCC) (MDF)

        Plaintiffs,

        ECF CASE

        - against -

        **STIPULATION** & ORDER

MBF Leasing, LLC, Lina Kravic, Brian Fitzgerald,
Sam Buono, and William Healy,

        Defendants.

-----------------------------------------------------------X

        WHEREAS, by complaint dated June 12, 2007 (the "Complaint"), plaintiff commenced the above-captioned action;

        WHEREAS, defendants MBF Leasing, LLC, Lina Kravic, Brian Fitzgerald, Sam Buono and William Healy, moved to dismiss the Complaint herein, pursuant to Fed. R. Civ. P. 12(b), on grounds, *inter alia*, of failure to state a claim on which relief may be granted, and lack of jurisdiction over the persons of William Healy and Brian Fitzgerald; and such motions are noticed to be heard on November 27, 2007; and

        WHEREAS, plaintiff's papers in opposition to the pending motions are due to be served on November 5, 2007; and

        WHEREAS, plaintiff has decided that, in lieu of opposing the motions to dismiss, plaintiff will be serving an amended complaint (the "Amended Complaint").

        NOW, IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned, counsel for all parties hereto, as follows:

        1.    Plaintiff shall serve her Amended Complaint on or before November 15, 2007;

        2.    Upon service of plaintiff's amended complaint as aforesaid, defendants' motions shall be deemed withdrawn without prejudice;

651178

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES E-MAILED TO COUNSEL OF RECORD +
MAILED TO As MBF, KRAVIC, FITZGERALD + BUONO COUNSEL

3. The time for defendants to answer, move, and/or otherwise respond with respect to the Amended Complaint shall be deemed extended to and including December 15, 2007.

4. This Stipulation may be executed in counterparts. Facsimile or PDF signatures (if utilized below) shall be binding as original signatures.

Dated: November ___, 2007
New York, New York

CHITTUR & ASSOCIATES, P.C.

By: *Krishnan Chittur* /A.S.
Krishnan Chittur, Esq. (KC-9258)

286 Madison Avenue, Suite 1100
New York, New York 10017
(212) 370-0447 (telephone)

*Attorneys for Plaintiffs*

MOSES & SINGER LLP

By: _____
Jayson Glassman (JG-4773)

405 Lexington Avenue
New York, New York 10174
(212) 554-7800 (telephone)

*Attorneys for Defendants
MBF Leasing, LLC, Lina Kravic, Brian
Fitzgerald, and Sam Buono*

HARRISON & HELD

By: _____
John M. Heaphy, Esq. (JH-____)
*Admitted Pro Hac Vice*

333 West Wacker, Suite 1700
Chicago, Illinois 60606
Tel. 312-753-6160

*Attorneys for Defendant
William Healy*

SO ORDERED this ___ day of November, 2007

_____
U.S.D.J.

651178

2

<pre>        3.      The time for defendants to answer, move, and/or otherwise respond with respect
to the Amended Complaint shall be deemed extended to and including December 15, 2007.

        4.      This Stipulation may be executed in counterparts. Facsimile or PDF signatures (if
utilized below) shall be binding as original signatures.</pre>

Dated: November ___, 2007
       New York, New York

CHITTUR & ASSOCIATES, P.C.                        MOSES & SINGER LLP

By: _____                      By: _____
    Krishnan Chittur, Esq. (KC-9258)                  Jayson Glassman (JG-4773)

286 Madison Avenue, Suite 1100                    405 Lexington Avenue
New York, New York 10017                          New York, New York 10174
(212) 370-0447 (telephone)                        (212) 554-7800 (telephone)

*Attorneys for Plaintiffs*                        *Attorneys for Defendants*
                                                  *MBF Leasing, LLC, Lina Kravic, Brian*
                                                  *Fitzgerald, and Sam Buono*

HARRISON & HELD

By: _____
    John M. Heaphy, Esq. (JH-0466)
    *Admitted Pro Hac Vice*

333 West Wacker, Suite 1700
Chicago, Illinois 60606
Tel. 312-753-6160

*Attorneys for Defendant*
*William Healy*


SO ORDERED this 6th day of
November, 2007

_William C. Conner_
U.S.D.J.

Sr.

651178

2