ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
RHONDA GARNER, on behalf of herself and : 07 Civ. 5607 (WCC)
all others similarly situated doing :
business as Decor Specialties : **ECF CASE**
:
              Plaintiff, :
:
    - against - :
: **ORDER**
MBF LEASING, LLC, LINA KRAVIC, BRIAN :
FITZGERALD, SAM BUONO and WILLIAM
HEALEY, :
:
             Defendants. :
- - - - - - - - - - - - - - - - - - - - - X


**CONNER, Sr. D.J.**:

    Pursuant to Local Rule 22 this case should be randomly assigned to a judge located at Foley Square.

SO ORDERED.

Dated:  White Plains, New York
       February 11, 2008

                        _/s/ William C. Conner_
                        WILLIAM C. CONNER, Senior U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

                Copies E-Mailed to Counsel of Record and Mailed
                   to Counsel of Record for Δs 2/11/08