# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Rhonda Garner, on behalf of herself and all others similarly situated | : | |
| Plaintiff, | : | Case No. 07 CV 5607 (WCC) (MDF) |
| | : | *ECF CASE* |
| v. | : | |
| | : | |
| MBF Leasing, LLC, Lina Kravic, Brian Fitzgerald, Sam Buono, and William Healy, | : | ORDER |
| | : | |
| Defendants. | : | |
| | : | |

WHEREAS, this action is currently pending in the United States District Court for the Southern District of New York (Conner, J.) at the United States Courthouse located at 300 Quarropas Street, White Plains, New York;

WHEREAS, pursuant to Rule 22 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, amended as of January 23, 2008, this action is designated for transfer and reassignment to the United States District Court for the Southern District of New York at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York; and

WHEREAS, Defendants, pursuant to the individual rules of the Honorable William C. Conner, U.S.D.J., have timely applied to submit a pre-answer motion pursuant to Rule 12, Fed. R. Civ. P, seeking dismissal of Plaintiff's First Amended Class Action Complaint, dated November 15, 2007 (the "Amended Complaint"), and/or of all or several of the claims therein.

IT IS HEREBY ORDERED that Defendants' time to answer, move or otherwise respond to the Amended Complaint is adjourned to and including, thirty (30) days after the transfer and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

671599v3  01 1082 0102

COPIES MAILED TO COUNSEL OF RECORD *for ∆s*
AND E-MAILED TO π COUNSEL

reassignment of this action pursuant to the local rules, or to such other date as the Court may

direct upon reassignment of this action to another judge.

IT IS SO ORDERED

Dated:  February 11, 2008

_Hon. William C. Conner, U.S.D.J._