UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Rhonda Garner d/b/a Décor Specialties, on behalf
of herself and all others similarly situated,            07 CV 5607 (CM)
                                                         ECF CASE

        Plaintiffs,

    - against -

MBF Leasing, LLC, Lina Kravic, Brian Fitzgerald,
Sam Buono, and William Healy,

        Defendants.
------------------------------------------------------------------X

## WILLIAM HEALY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULES 12(b)(2) AND 12(b)(6)

Defendant William Healy, by his attorneys, Harrison & Held, hereby moves this Court for an order pursuant to Rule 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint of Plaintiffs Rhonda Garner d/b/a Décor Specialties, on behalf of herself and all others similarly situated, and fur such other relief as this Court deems just and proper.

Dated: April 9, 2008

                              Attorneys for Defendant, William Healy

                              By: /S/ John M. Heaphy

                              OF COUNSEL (Admitted pro hac vice)
                              John M. Heaphy
                              HARRISON & Held
                              333 West Wacker, Suite 1700
                              Chicago, Illinois  60606
                              Tel.  312-753-6160
                              Fax.  312-753-6159
                              jheaphy@harrisonheld.com

                              Abraham Skoff (AS ____)
                              MOSES & SINGER LLP
                              The Chrysler Building

405 Lexington Avenue  
New York, New York  10174  
Tel. 212-554-7800  
Fax 212-554-7700  
askoff@mosessinger.com

123948_1

2