UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Rhonda Garner d/b/a Décor Specialties, on behalf
of herself and all others similarly situated,                    07 CV 5607 (CM)
                                                                 ECF CASE

       Plaintiffs,

  - against -

MBF Leasing, LLC, Lina Kravic, Brian Fitzgerald,
Sam Buono, and William Healy,

       Defendants.
-------------------------------------------------------------------X

**NOTICE OF FILING**

PLEASE TAKE NOTICE THAT on April 9, 2008 William Healy, by his counsel, Harrison & Held LLP, caused to be filed with the Clerk of the United States District Court, Southern District of New York, WILLIAM HEALY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULES 12(b)(2) AND 12(b)(6).

Dated: April 9, 2008
      Chicago, IL

                          Attorneys for Defendants

                          By: /S/ John M. Heaphy

                          OF COUNSEL (Admitted pro hac vice)
                          John M. Heaphy
                          HARRISON & Held
                          333 West Wacker, Suite 1700
                          Chicago, Illinois 60606
                          Tel. 312-753-6160
                          Fax. 312-753-6159
                          jheaphy@harrisonheld.com

                          Abraham Skoff (AS ____)
                          MOSES & SINGER LLP
                          The Chrysler Building
                          405 Lexington Avenue
                          New York, New York 10174
                          Tel. 212-554-7800
                          Fax 212-554-7700
                          askoff@mosessinger.com

**TO**:

CHITTUR & ASSOCIATES, P.C.
286 Madison Avenue Suite 1100
New York, New York 10017

AND

LOCKS LAW FIRM, PLLC
Seth R. Lesser, Esq.
110 East 55th Street
12th Floor
New York, New York 10022

Attorneys for Plaintiffs and the Class