MOSES & SINGER LLP
Abraham Y. Skoff, Esq. (AS-5330)
Robert D. Lillienstein, Esq. (RL-4585)
405 Lexington Avenue
New York, New York 10174
(212) 554-7800 (telephone)
(212) 554-7700 (facsimile)

*Attorneys for defendant Brian Fitzgerald*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

RHONDA GARNER D/B/A DÉCOR SPECIALTIES, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

    Plaintiffs,

-v.-

MBF LEASING, LLC, LINA KRAVIC, BRIAN FITZGERALD, SAM BUONO, AND WILLIAM HEALY,

    Defendants.

---------------------------------------------------------------x

07 CV 5607 (CM) (RLE)

**NOTICE OF MOTION OF DEFENDANT BRIAN FITZGERALD TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE THAT upon the accompanying Declaration of Brian Fitzgerald, dated April 4, 1008, and the Affirmation of Abraham Y. Skoff, dated April 9, 2008, together with the Exhibits annexed hereto, including the First Amended Class Action Complaint, dated November 15, 2007 (the "Amended Complaint"), and upon the pleadings and prior proceedings had herein, defendant Brian Fitzgerald ("Fitzgerald"), by his counsel, Moses & Singer LLP, hereby moves this Court, before the Honorable Colleen McMahon, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007, for an order:

(a) pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint as against defendant Fitzgerald, on the grounds that the Court lacks personal jurisdiction over him; and

(b) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint on the ground that the Amended Complaint fails to state a claim against defendant Fitzgerald upon which relief may be granted, and for such further relief as this Court deems just and proper.

Dated: April 9, 2008
New York, New York

                    MOSES & SINGER LLP
                    *Attorneys for defendant Brian Fitzgerald*

                    By: _____
                    Abraham Y. Skoff, Esq. (AS-5330)
                    Robert D. Lillienstein, Esq. (RL-4585)
                  405 Lexington Avenue
                  New York, New York 10174
                  (212) 554-7800 (telephone)
                  (212) 554-7700 (facsimile)
                  *askoff@mosessinger.com*
                  *rlillienstein@mosessinger.com*

**TO**:

CHITTUR & ASSOCIATES, P.C.
286 Madison Avenue Suite 1100
New York, New York 10017

AND

LOCKS LAW FIRM, PLLC
Seth R. Lesser, Esq.
110 East 55th Street
12th Floor
New York, New York 10022

Attorneys for Plaintiffs and the Class