UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

RHONDA GARNER D/B/A DÉCOR SPECIALTIES, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

                Plaintiffs,

- against -

MBF LEASING, LLC, LINA KRAVIC, BRIAN FITZGERALD, SAM BUONO, AND WILLIAM HEALY,

                Defendants.

------------------------------------------------------------ x

07 CV 5607 (CM) (RLE)

Jennifer Nigro, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides in New York, New York.

On April 9, 2008 deponent served a true and correct copies of Defendants MBF Leasing LLC, Lina Kravic, Brian Fitzgerald, and Sam Buono's Notice of Motion to Dismiss the First Amended Class Action Complaint, and the accompanying Declaration of Abraham Y. Skoff, with exhibits thereto, and the Memorandum of Law in Support on:

    CHITTUR & ASSOCIATES, P.C.
    286 Madison Avenue Suite 1100
    New York, New York 10017
    &
    LOCKS LAW FIRM, PLLC
    Seth R. Lesser, Esq.
    110 East 55th Street
    12th Floor
    New York, New York 10022

    Attorneys for Plaintiffs and the Class

by emailing copies thereof via PDF on April 9, 2008, and by causing hard copies to be delivered by-hand to the above addressees on April 10, 2008.

                                                    Jennifer Nigro

Sworn to before me this
10th day of April, 2008.

_____
Notary Public

SHEILA A. AGNEW
Notary Public, State of New York
No. 02AG6118430
Qualified in New York County
Commission Expires November 8, 2008