# Chittur & Associates, P.C.

Attorneys & Counselors at Law
286 Madison Avenue Suite 1100
New York, NY 10017
Tel: (212) 370-0447
Fax: (212) 370-0465
Email: kchittur@chittur.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

April 16, 2008

VIA FACSIMILE (212) 805-6326

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

**MEMO ENDORSED**

Re: *Garner v. MBF Leasing*, Docket No.07 Civ 5607

Dear Judge McMahon:

We request that Plaintiffs' time to file opposition papers to Defendants' two motions to dismiss (i.e., Defendants' Motion to Dismiss the First Amended Class Action Complaint, and Defendant Healy's Motion to Dismiss the First Amended Complaint Pursuant to Rules 12(b)(2) and 12(b)(6)), be extended from Wednesday, April 23, 2008, until Friday, May 9, 2008. Defendants' requested two weeks to file their reply papers until Friday, May 23, 2008. Attorneys to all parties have consented to this proposed briefing schedule. This is the first request for an extension. Thank you for Your Honor's attention to this matter.

Yours truly,

Krishnan Chittur / A.S.

Krishnan Chittur, Esq.
Attorneys for Plaintiffs and the Class

Cc: Moses & Singer LLP (Via Fax)
Harrison & Held (Via Fax)