**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Rhonda Garner, on behalf of herself and all others similarly situated, | Index No. 07 CV 5607(CM) (RLE) |
| Plaintiff, | |
| - against - | |
| MBF Leasing, LLC; Lina Kravic; Brian Fitzgerald; Sam Buono; and William Healy | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendants | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), please take notice that plaintiff Rhonda Garner hereby voluntarily dismisses the above captioned action against defendants without prejudice.

Dated: New York, New York
May 9, 2008

Chittur & Associates, P.C.

/S/
_____
By: Krishnan Chittur, Esq.
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447
Email: kchittur@chittur.com
Attorneys for Plaintiff