UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------

Rhonda Garner, on behalf of herself and all others similarly situated,

                Plaintiff,

- against -

MBF Leasing, LLC; Lina Kravic; Brian Fitzgerald; Sam Buono; and William Healy

                Defendants

Index No. 07 CV 5607(CM) (RLE)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), please take notice that plaintiff Rhonda Garner hereby voluntarily dismisses the above captioned action against defendants without prejudice.

Dated:  New York, New York
          May 9, 2008

Chittur & Associates, P.C.

_[signature]_

By: Krishnan Chittur, Esq.
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447
Email: kchittur@chittur.com
Attorneys for Plaintiff

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rhonda Garner, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>- against -<br><br>MBF Leasing, LLC; Lina Kravic; Brian Fitzgerald; Sam Buono; and William Healy<br><br>  Defendants | Index No. 07 CV 5607<br><br>**Certificate of Service** |

I, Andrey Strutinskiy, Esq., declare under penalty of perjury that on May 14, 2008, I have served a copy of the attached Notice of Voluntary Dismissal without Prejudice, dated May 9, 2008, upon attorney of record for defendants Abraham Skoff, Esq., of Moses & Singer, 405 Lexington Avenue, New York, NY 10174, by U.S. Mail, First Class, postage prepaid.

Dated: New York, NY
May 14, 2008

_____
Andrey Strutinskiy, Esq.